THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES P. NOYES, Respondent, *v.* WILLIAM SOHMER, as Comptroller of the State of New York, Appellant.

*People ex rel. Noyes* v. *Sohmer*, 159 App. Div. 929, affirmed.
(Argued February 23, 1914; decided March 10, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 20, 1913, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel defendant to pass upon the claim of relator for a refund of stock transfer taxes alleged to have been erroneously paid.

*Thomas Carmody, Attorney-General (Edward J. Mone* of counsel), for appellant.

*Samuel P. Goldman* and *William F. Unger* for respondent.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, COLLIN, HOGAN and MILLER, JJ.